# EXHIBIT 7

-----Original Message-----
**From:** Boado, Andrea M
**Sent:** Monday, March 13, 2017 08:29 AM Central Standard Time
**To:** Rosenthal, Daniel I; Mitchell, Jill K
**Subject:** FW: OON--Confidential-- phase 2

**CONFIDENTIAL**

[Redacted]

**From:** Prospect, Theodore A al
**Sent:** Friday, March 10, 2017 6:31 PM
**To:** Boado, Andrea M
**Subject:** FW: OON--Confidential-- phase 2

Andrea. I hope all is well..See below and attached as background for our call on Monday. In addition to Sam, Dan and Dewayne being on board with the approach; so is Don Nathan.

I look forward to our discussion on Monday.

Have a great weekend.

Ted


Sent with Good ([www.good.com](www.good.com))


-----Original Message-----
**From:** Ullsperger, Dewayne E
**Sent:** Thursday, March 09, 2017 06:19 PM Central Standard Time
**To:** Ho, Sam; Prospect, Theodore A; Rosenthal, Daniel I; Lucht, Jeffrey D; Ullsperger, Dewayne E
**Cc:** Beauregard, Tom
**Subject:** RE: OON--Confidential---LOOKING FOR INPUT AHEAD OF PHASE 2 PUBLICATION

Agree with that.

**From:** Ho, Sam <Sam.Ho@uhc.com>
**Date:** Thursday, Mar 09, 2017, 6:16 PM
**To:** Prospect, Theodore A <ted_prospect@uhg.com>, Rosenthal, Daniel I <daniel_i_rosenthal@uhc.com>, Lucht, Jeffrey D <jeffrey_d_lucht@uhc.com>, Ullsperger, Dewayne E <dewayne.ullsperger@optum.com>

ATTORNEYS' EYES ONLY

DEF108732

**Cc:** Beauregard, Tom <[REDACTED]@uhg.com>
**Subject:** RE: OON--Confidential---LOOKING FOR INPUT AHEAD OF PHASE 2 PUBLICATION

I agree with identification of the 2 firms, and also reaffirm that UHC should not be identified as the data source. Thanks for asking.


Sam Ho, M.D.
Executive Vice President, Chief Medical Officer, UnitedHealthcare
President, United Clinical Services
5701 Katella Avenue
Cypress, CA 90630
(o) [REDACTED]

---

**From:** Prospect, Theodore A
**Sent:** Thursday, March 9, 2017 1:52 PM
**To:** Ho, Sam; Rosenthal, Daniel I; Lucht, Jeffrey D; Ullsperger, Dewayne E
**Cc:** Beauregard, Tom
**Subject:** FW: OON--Confidential---LOOKING FOR INPUT AHEAD OF PHASE 2 PUBLICATION
**Importance:** High


Sam/Dan/Jeff/Dewayne:

Zack and Fiona are working on their write up of the deeper research describing and quantifying the reasons behind the OON ER docs issues. Their goal is publication (and associated media coverage) during this coming summer. They would like to name EmCare and TeamHealth (currently labelled as Firm 1 and 2) specifically in the publication and are asking if we would be OK with them doing so. They believe it will add to the credibility of the research and also be useful from a policy standpoint (as the two organizations have different approaches with different results).

Do you have a strong feeling either way on the publication of the names?

Note: we would not be specifically identified as the data source, same as with the earlier NEJM study, (and they determined who these two firms were by means other than our data, but our data has helped validate other publicly written info –re: changes in OON rates and upcoding--including lawsuits/settlements involving these two companies).

Please let us know your thoughts.

Thanks,
Ted

---

**From:** Prospect, Theodore A
**Sent:** Tuesday, February 14, 2017 6:59 AM
**To:** Rosenthal, Daniel I; Ho, Sam; Ullsperger, Dewayne E; Lucht, Jeffrey D
**Cc:** Beauregard, Tom
**Subject:** RE: OON--Confidential---DRAFT of Phase 2 Research Results


Thanks, Dan. Very helpful. They are thinking through possible solutions to recommend (one of the reasons they were looking at the impact of the NY law) and I'm sure they'll appreciate this feedback.

Ted

ATTORNEYS' EYES ONLY                                                                                      DEF108733