# EXHIBIT 8

From: Rosenthal, Daniel I [████████@uhc.com]
Sent: 3/20/2017 1:37:02 PM
To: Boado, Andrea M [████████@uhc.com]
Subject: RE: OON--Confidential-- phase 2

Here are my thoughts:

I wonder if the report could include a table of the largest firms to create a logic flow to why firm 1 & 2 are highlighted in this report. I assume they were because they are the two largest firms in the space, representing at least x% of the market but it is hard to tell from the words on the page.

P4- the comparisons between firm 1 and firm 2 are confusing. Are they reporting the same thing or apples and oranges?

P7- is there a data point to support the conclusions in bullet 1?

**Redacted**

P16- do s bullet 1 mean that the conclusions in the report may not be accurate? It sounds like whining.

P26- is this information, or something similar, available from other sources?


Sent with Good (www.good.com)


-----Original Message-----
From: Boado, Andrea M
Sent: Monday, March 20, 2017 07:28 AM Central Standard Time
To: Rosenthal, Daniel I
Subject: RE: OON--Confidential-- phase 2

Done

From: Rosenthal, Daniel I
Sent: Monday, March 20, 2017 7:28 AM
To: Boado, Andrea M
Subject: RE: OON--Confidential-- phase 2

No it slipped my mind. Can you please resend it to me and I'll try to get to it today


Sent with Good (www.good.com)


-----Original Message-----
From: Boado, Andrea M
Sent: Monday, March 20, 2017 07:24 AM Central Standard Time

ATTORNEYS' EYES ONLY

DEF108730