# EXHIBIT
# 9

**To:** Rosenthal, Daniel I
**Subject:** RE: OON--Confidential-- phase 2

Good morning, Dan.

I'm scheduled to meet with Ted Prospect tomorrow afternoon. Did you review and have you approved Phase 2 of the Yale study proposed publication on ER spend?

Andrea

**From:** Rosenthal, Daniel I
**Sent:** Monday, March 13, 2017 8:58 AM
**To:** Boado, Andrea M; Mitchell, Jill K
**Subject:** RE: OON--Confidential-- phase 2

I need to read the deck. Have not gotten to it yet. Will read it on the plane and then comment.

thanks

Dan Rosenthal
President, UnitedHealthcare Networks

2300 Clayton Road, Suite 100
Concord, California 94520

███████████████████

Executive Assistant – Megan Abbate ██████████████

**From:** Boado, Andrea M
**Sent:** Monday, March 13, 2017 6:45 AM
**To:** Rosenthal, Daniel I; Mitchell, Jill K
**Subject:** RE: OON--Confidential-- phase 2

Good morning to you too!

Re your question, public shaming comes to mind. That said, with costs on the rise, throwing heat and light on them may not be a bad thing. Ultimately, it's a business decision.

You also may want to note slide 26, which while seemingly intended to show the difference between INN rates (ranked by percentile) as compared to OON, provides a road map to those who may want to arbitrage the way Emcare has.

**From:** Rosenthal, Daniel I
**Sent:** Monday, March 13, 2017 8:35 AM
**To:** Boado, Andrea M; Mitchell, Jill K
**Subject:** RE: OON--Confidential-- phase 2

Good morning. My question is - what benefit is there from specifically identifying them? Given their size, it seems obvious who they are and naming them feels like unnecessarily poking the bear.


Sent with Good (www.good.com)

ATTORNEYS' EYES ONLY                                                            DEF108731