# EXHIBIT 10

**From:** Richard, Daryl P [ ███████ @uhg.com]
**Sent:** 5/20/2016 7:05:08 AM
**To:** Rosenthal, Daniel I [ ███████ @uhc.com]
**CC:** Abbate, Megan [ ███████ @uhc.com]
**Subject:** Yale/HCCI OON Study
**Attachments:** MRA - Yale (OON Study) Study Addendum No 2 Overview (4.4.16).docx

Dan – do you have 15 min. in the next couple of days to chat about this Yale/HCCI study on out of network billing at in-network hospitals? Have some thoughts and ideas I want to discuss.  Thx.

---

**From:** Perez, Brenda [Communications]
**Sent:** Thursday, May 19, 2016 6:59 PM
**To:** Mason, Tyler
**Cc:** Richard, Daryl P
**Subject:** RE: Hi Brenda

The first meeting I attended on this was this afternoon and it was quite preliminary.
Cheryl Hegland and Bod Oneil hosted the call and I asked Kirsti McCabe to attend as well.

In addition to giving us a heads up on the *Times/New England Journal of Medicine* piece, Cheryl and Bob:
•        Shared the attached overview, which, according to Cheryl, Ted Prospect had also sent to several Network parties, including Dan Rosenthal.

•        Noted that we have been providing data to Yale since March through the first part of May and that Yale has started their analysis.
•        Reported that the study is meant to produce two pieces— a high level piece (due on June 20th) to be published in the *Times,* and the *New England Journal of Medicine* blog sometime between the end of June and early July; and a much more in-depth piece, more suitable for venues such as industry conferences, tentatively expected to be published on March 8, 2017.
•        Submitted that, unless how our data is portrayed in the study findings merits revision, the company will be referred to in the piece simply as "a large carrier." As was the case with the HCCI piece, our support of Zack is expected to remain "behind-the-scenes." With that said, Bob pointed out that this time around, outside of the HCCI context, it will be easier to deduct that we are behind the study. Since findings will bring up what's been happening in the clinician world under a less-than-positive light, we'll have to look into the possibility of further distancing ourselves from the piece and messaging in anticipation of media inquiries. Cheryl and Bob expect preliminary findings from Yale, beginning the first week in June, and an early read version of the piece before June 20th. As information comes in, we will address the aforementioned issues accordingly. I'll keep you posted.

It wasn't clear during today's call whether Jeanne de Sa will be assisting with putting Zack in contact with policy circles' point people, speaking circuits, etc., which she did for last year's paper.  I would assume that will be the case, but I don't want to assume anything. Checking.

Daryl—let me know if you would like to join or have someone in your team join subsequent calls on this. The next one will likely take place the first week of June, unless anything changes.

We can discuss this further during our next staff call.

Brenda

ATTORNEYS' EYES ONLY                                                                 DEF102978