IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| ENVISION HEALTHCARE CORPORATION, | ) ) ) | |
| Plaintiff, | ) ) | NO. 3:22-cv-00693 |
| v. | ) ) | JUDGE RICHARDSON |
| UNITED HEALTHCARE SERVICES INC., et al., | ) ) ) ) | MAGISTRATE JUDGE FRENSLEY |
| Defendants. | ) | |

## **ORDER**

Pending before the Court is Defendants' joint motion to dismiss (Doc. No. 22) the complaint (Doc. No. 1). On November 28, 2022, Plaintiff filed an amended complaint (Doc. 29), which served effectively to supersede the original complaint at Doc. No. 1. Defendants then filed a joint motion to dismiss the amended complaint. (Doc. No. 42). The motion to dismiss at Doc. No. 22 is now moot because it is directed at the now-superseded original complaint. Therefore, Defendants' motion to dismiss at Doc. No. 22 is DENIED as moot. The motion to dismiss at Doc. No. 42 remains pending.

IT IS SO ORDERED.

_____
ELI RICHARDSON
UNITED STATES DISTRICT JUDGE